# UNITED STATES DISTRICT COURT
## District of Minnesota

John Stephen Woodward

                    Plaintiff,

v.

Mental Health Unit (MHU) of Oak Park Heights-MCF; City of Stillwater; County of Washington; State of Minnesota; Michelle Smith, Warden of MCF/OPH; Diane Medville, Mental Health Unit Director; Tom Soles, (formerly) Mental Health Unit Director; and Kent Grandlienard, (formerly) Warden of MCF/OPH

                    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  16-cv-376 (PAM/HB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (Docket No. 11) is **ADOPTED**;

2. This matter is **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. Plaintiff John Stephen Woodward's application to proceed in forma pauperis (Docket No. 3) is **DENIED**.

Date: July 7, 2016

RICHARD D. SLETTEN, CLERK

s/Lynnette Brennan

(By)  Lynnette Brennan, Deputy Clerk